```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
Cantrell et. al.,

                Plaintiffs,              19 Civ. 9214 (DAB)
                                              ORDER

        -v.-


Burger & Lobster Flatiron LLC et. al.,

                Defendants.
--------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendants' Letter dated November 12, 2019, (ECF No. 24). Defendants' Motion to Dismiss is stricken from the record as premature. The Court has not even seen the Parties in this case because this case is in mediation.

SO ORDERED.

Dated:   New York, New York
         November 15, 2019

_____
Deborah A. Batts
United States District Judge